# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
| --- | --- |
| PLAINTIFF | |
| v. | 8:25-mj-303-DUTY |
| Luz Dary Garcia Celis | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _September 30_____, _2025_____, at _10:00_____ ☒a.m. / ☐p.m. before the Honorable _Stephanie S. Christensen_____, in Courtroom _790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _September 25, 2025_____

_____
U.S. District Judge/Magistrate Judge